# Burt Rosenbluth PE, PMP
Residing in Katy TX  77094     Cell (907) 570-4793                              rosenblul@gmail.com

---

## Professional Experience

### Yezak Technical
**Engineering Manager Fieldwood Energy Mexico Development**                    May 2019 - Present
Manage multiple engineering organizations developing wellhead platforms and production faculties and subsea pipelines for a new offshore Mexico oil field.  The project is multi-phase development.  Currently executing two new jackets and top sides for well head platforms, retrofitting an existing platform for use as a gathering center / measurement platform, and interconnecting pipelines.  Phase two in conceptual design to design and install a primary separation facility needed to process later year's increased production rates.

### Hawk Professionals
**Williams Tactical Project Consulting and Project Management Support**            Jan 2017 – May 2019
Jan 2017 – March 2017 Provided an overall assessment of the Tactical Construction Management team's capacity and ability to support a 2017 construction program that had doubled from the previous year.  By methods of team interviews, review of financial data, and Strategic Risk Assessment, three areas were identified to reduce barriers to effectively managing the increased workload.
April 2017 – May 2019 Supported fast track brown-field project to rehabilitate a compressor station 535, in norther Pennsylvania that had been damaged by a gas leak detonation.  Worked with the project manager and project team to identify repair scope and evaluate upgrade options, resolve design alternatives, support the engineering contractor with Operations interface and help design alternatives.  Provide general project engineering to optimize station rehabilitation functions with Williams Subject Mater Experts on equipment selection and with William procurment organizaiton to return the station to service as soon as practical.

### CH2M Hill Alaska
**Field Construction Support Engineering**                                    Aug 2015 – Nov 2015
Short assignment to support Pt. Thompson module installation and commissioning activities. Field engineering construction support to prepare hydro-test packages, resolve punch list items from fabrication, resolve constructability issues by documenting required change order requests, and provide detailed field work packages for approved scope changes.

### ConocoPhillips Inc.                                                         1990 – 2015
**Portfolio Assurance Manager Americas Portfolio (Houston)**                       2011 –2015
Manage multiple project quality assurance reviews across the Americas portfolio, Alaska, Canada, and Lower 48 to assure project plans and supporting documents meet corporate funding gate review standards.
Assist project teams in preparation for funding gate reviews, and corporate funding authorization processes.
Lead assurance reviews for all projects in the Americas portfolio valued over $150MM at all funding gates.
**Project Management Group Supervisor (Alaska)**                                  2005 –2011
Supervise the Alaska Business Unit project management resources for a capital projects group (15 direct and 15 contract PM staff).  Maintain working relationship and contract enforcement with Engineering and Procurement service providers.  Develop and maintain Project Management work processes, procedures, and IT support systems.  Interface with internal engineering and operations subject matter experts to assure fit for purpose designs.  Interface and maintain a communications and open relationship with corporate project management.

**EXHIBIT 15**

Burt Rosenbluth                                                                                                Page 2

**Project Manager and Facilities Development (Alaska)**                                       2001 –2005
Develop and implement study plans to establish viable economic project concepts to capture business opportunities, to increase revenue, or reduce operating cost within the Kuparuk Operating Unit.

**Project Lead for Oil Production Facilities (Alaska)**                                        2003 –2005
Drill Site 1J facilities project leader for design, procurement, and installation of Alaska North Slope largest viscous oil development project.

**Project Portfolio Manager (Alaska)**                                                         2004 –2005
Coordinate Greater Kuparuk Area (GKA) project portfolio for $310MM annual capital budget, concurrently with the DS 1J project leader position.

**Development Planning Lead Facilities (Alaska): Colville River Unit (CRU)**                   2000 –2003
Western North Slope, the facility design team leader, working with the subsurface team to set the scope and develop a business case for two new drill sites, with increased production capacity at the central Alpine facility.

**Project Engineer and Engineering Manager for Alpine Project (Alaska & Canada)**              1996 –2000
Owner representative to develop central crude oil processing facility that is the central facility for the Alpine development.  Worked closely with construction, materials, and multiple engineering organizations to support construction installation and assure integration of the critical path design issues and material items for the module interconnect scope of work.
- Owner Project Engineering Representative (Nov 1996 – Jun 1998) in the facilities engineering design contractor's office, in Calgary, Alberta Canada.

**Facility Engineer (Alaska)**: Prudhoe Bay Plant Engineering Group                            1993 - 1996
Provide daily technical engineering supporting and monitoring oil production and operational efficiencies, maintenance functions, and technical analysis to assist in planning and budgeting at FS-1 PBU.

**Project Leader (Alaska)**: Prudhoe Bay Unit Small Projects Group                             1990 - 1993
Total project accountability for management of engineering, design, procurement and/or fabrication of process equipment and installation at existing oil production facilities.

**Pipe Trades Craftsman (Alaska)**: TransAlaska Pipeline & Prudhoe Bay                         1975 – 1986
Industrial Pipe Trades. Journeyman positions and Foreman of pipefitting construction crews consisting of 6-10 journeymen.  Trans-Alaska pipeline, North Slope module installations, government, institutional, and commercial construction mechanical systems design and installation.

## Education and Certifications

**Bachelor of Science in Mechanical Engineering** University of Alaska Fairbanks, Cum Laude, 1990
**Building Trades Pipefitter Journeyman Classification** United Association of Plumbers and Pipefitter's Local 375, Four Year Craft Apprenticeship, Head of Graduating Class 1979
**Professional Engineering License (Alaska)** Mechanical Engineering AELM9248 (Active)   1995
**Project Management Professional** certified by the Project Management Institute (Active)   2005

## Recognition and Accomplishments

- Primavera Basic and Advanced Training Certificate                                              2015
- Chairman of CII Research Team 305, studying Project Complexity and Impact on Results           2015
- COP Capital Project Learning Conference 'Knowledge Management Champion'                        2013
- University of Alaska Anchorage Advisory Board Project Management Master Program   2006 – 2011
- University of Alaska Fairbanks Advisory Board for Dept. of Mechanical Engineering   2008 – 2011